989 So.2d 1227 (2008)
Jay Carl CANAVAN, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-1957.
District Court of Appeal of Florida, Fifth District.
September 9, 2008.
Jay C. Canavan, Lowell, pro se.
Bill McCollum, Attorney General, Tallahassee, and Kellie A. Nielan, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Hitchcock v. State, 33 Fla. L. Weekly S343 ___ So.2d ___, 2008 WL 2130222 (Fla. May 22, 2008).
GRIFFIN, MONACO and COHEN, JJ., concur.